Order entered October 𝔖5 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-01383-CR
_____

### VARINA G. HARDIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law No 4**
**Collin County, Texas**
**Trial Court Cause No. 004-80250-2012**

---

## ORDER

The Court **GRANTS** court reporter Claudia Webb's October 23, 2012 request for an extension of time to file the reporter's record. We **ORDER** Ms. Webb to file the reporter's record within **THIRTY DAYS** of the date of this order.

The clerk's record is overdue. We also note that none of the boxes is checked on the copy of the trial court's certification of appellant's right to appeal that was forwarded to this Court. Accordingly, we **ORDER** the Collin County Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order. The clerk's record shall contain a completed copy of the trial court's certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable David Rippel, Presiding Judge, County Court at Law No. 4; Claudia Webb, official court reporter, County Court at Law No. 4; the Collin County Clerk; and counsel for all parties.

DAVID L. BRIDGES
JUSTICE